# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHARLES MAY, | § | |
| | § | |
| Defendant-Below, | § | No. 574, 2015 |
| Appellant, | § | |
| | § | |
| v. | § | |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff-Below, | § | |
| Appellee. | § | |

Submitted: April 1, 2016
Decided: April 6, 2016
Corrected: April 7, 2016

## O R D E R

AND NOW, on this 7th day of April 2016, having considered the State of Delaware's Motion to Remand,

IT IS ORDERED that this matter shall be remanded to the Superior Court for the reasons stated in the State's motion.

_____
Justice